■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v GAMEL BROWNE, Defendant. [3 NYS3d 628]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County, rendered March 14, 2001.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Skelos, J.P., Leventhal, Cohen and Duffy, JJ., concur.